UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON,

    Plaintiff,

v.     Case No. 11-13567

KATHLEEN KIMMEL and
LANNY AKERS,

    Defendants.
                                      /

## JUDGMENT

In accordance with the court's June 29, 2012 "Opinion and Order Sustaining Defendants' Objections and Rejecting the Report and Recommendation, Denying Plaintiff's Motion for Judgment on the Pleadings, Granting in Part Defendants' Motion for Summary Judgment, and Dismissing Without Prejudice Plaintiff's State-Law Claims,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Kathleen Kimmel and Lanny Akers and against Plaintiff Jeffrey Aaron on Plaintiff's claim under 42 U.S.C. § 1983. Plaintiff's state-law claims for conspiracy and intentional infliction of emotional distress are dismissed without prejudice. Dated at Detroit, Michigan, this 29th day of June, 2012.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                                      BY: s/Lisa Wagner
                                      Lisa Wagner, Deputy Clerk
                                      and Case Manager to
                                      Judge Robert H. Cleland